# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DWAYNE H. TURNER & CONJETTA J. TURNER  Case Number: 05-77291
1914 DOUGLAS STREET  SSN-xxx-xx-7797 & xxx-xx-3882
ROCKFORD, IL  61103

Case filed on: 10/15/2005
Plan Confirmed on: 3/3/2006

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $8,320.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 1,672.52 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 1,672.52 | 0.00 | 0.00 | 0.00 |
| 999 | DWAYNE H. TURNER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | JP MORGAN CHASE BANK NA/BANK ONE | 12,686.21 | 4,500.00 | 4,500.00 | 403.85 |
|  | Total Secured | 12,686.21 | 4,500.00 | 4,500.00 | 403.85 |
| 001 | JP MORGAN CHASE BANK NA/BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HEIGHTS FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ROYCE FINANCIAL | 382.00 | 382.00 | 26.62 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 9,263.53 | 0.00 | 0.00 | 0.00 |
| 005 | AVALON RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHECK IT | 419.89 | 419.89 | 29.25 | 0.00 |
| 007 | COLLECTION BUREAU OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | B-LINE LLC | 876.01 | 876.01 | 61.04 | 0.00 |
| 009 | ENCORE RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | GECC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MEDICAL DENTAL HOSPITAL BUREAU | 79.07 | 79.07 | 5.51 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 10,260.74 | 10,260.74 | 714.94 | 0.00 |
| 015 | NATIONS RECOVERY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | OSCO / SAV-ON DRUG STORES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD HEALTH PHYSICIANS | 356.47 | 356.47 | 24.84 | 0.00 |
| 020 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 4,129.32 | 4,129.32 | 287.72 | 0.00 |
| 022 | SANCOR SYSTEMS COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ILLINOIS BELL TELEPHONE CO | 2,440.99 | 2,440.99 | 170.08 | 0.00 |
| 024 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | TELECHECK RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ASSET ACCEPTANCE CORP | 1,703.05 | 1,703.05 | 118.67 | 0.00 |
| 027 | RX ACQUISITIONS LLC | 126.77 | 126.77 | 8.83 | 0.00 |
| 028 | RX ACQUISITIONS LLC | 102.87 | 102.87 | 7.17 | 0.00 |
| 029 | RX ACQUISITIONS LLC | 163.91 | 163.91 | 11.42 | 0.00 |
| 030 | RX ACQUISITIONS LLC | 135.57 | 135.57 | 9.44 | 0.00 |
| 031 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROBERT G. MICHAELS & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCK VALLEY WOMENS HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | VIVEK THAPPA, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | MUTUAL MANAGEMENT SERVICES | 1,196.67 | 1,196.67 | 83.38 | 0.00 |
| 037 | MUTUAL MANAGEMENT SERVICES | 25.00 | 25.00 | 1.74 | 0.00 |
|  | Total Unsecured | 31,661.86 | 22,398.33 | 1,560.65 | 0.00 |
|  | Grand Total: | 47,384.59 | 28,262.33 | 7,424.65 | 403.85 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $7,828.50 |
| Trustee Allowance: | $491.50 |
| Percent Paid Unsecured: | 6.97 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

           /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>02/29/2008</u>        By  /s/Heather M. Fagan